Memorandum Decisions.

Florida Central and Peninsular Railroad Company, a corporation under the laws of the State of Florida, Plaintiff in Error, v. Silas Kite, Defendant in Error.

### Division B.

Writ of error to Circuit Court, Bradford county; Rhydon M. Call, Judge.

Thos. E. Bugg, J. E. Futch and Geo. P. Raney for plaintiff in error.

Alex. St. Clair-Abrams and D. M. Gornto for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*

---

The Florida Central and Peninsular Railroad Company, a corporation under the laws of Florida, Plaintiff in Error, v. W. H. Luffman as Administrator of the estate of Mary A. Folks, deceased, and R. L. Anderson, Defendants in Error.

### Division B.

Writ of error to Circuit Court, Marion county; William A. Hocker, Judge.

L. N. Green and Geo. P. Raney for plaintiff in error.

R. L. Anderson for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*

———

Daniel J. Galvin *et al.,* County Commissioners of Hillsborough County, Florida, Plaintiffs in Error, v. The State of Florida *ex rel.* William T. Lesley, Defendant in Error.

In Banc.

Writ of error to Circuit Court, Hillsborough county; Joseph B. Wall, Judge.

Phillips & Phillips for plaintiff in error.

John P. Wall for defendant in error.